UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16CR052-NBB-DAS

ANTHONY STRONG
a/k/a "Gary"

## GOVERNMENT'S MOTION TO STRIKE

COMES NOW, the United States of America, through the undersigned Assistant United States Attorney, and moves this Court to strike the *Petition for a Writ of Habeas Corpus for Dismissal* filed pro se by defendant, Anthony Strong in the above referenced Cause, and would show unto the Court the following:

1) Defendant is represented by appointed counsel of record, Assistant Federal Public Defender Scott Davis.

2) Counselor Davis did not endorse Defendant's pro se motion.

3) It is well settled law that Defendant does not have a right to bifurcated or hybrid representation - partly by counsel and partly by himself. *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978). The applicable federal statute, Title 28 U.S.C. § 1654, provides that "parties may plead and conduct their own cases personally or by counsel". "Courts have consistently interpreted this statute as stating a defendant's rights in the disjunctive." *Id.* citing *United States v. Shea*, 508 F.2d 82, 86 (5th Cir.1975); *Lee v. Alabama*, 406 F.2d 466, 469 (5th Cir. 1969); *Shelton v. United States*, 205 F.2d 806, 812-13 (5th Cir. 1953).

THEREFORE, the government respectfully requests that the Court strike Defendant's pro se motion.

Dated the 27th day of December, 2016.

        Respectfully submitted,

        FELICIA C. ADAMS
        United States Attorney
        Mississippi Bar No. 1049

BY:   /s/ *Lora E. Hunter*
        LORA E. HUNTER
        Assistant United States Attorney
        900 Jefferson Avenue
        Oxford, Mississippi 38655
        Office: (662) 234-3351
        Facsimile: (662) 234-3372
        Mississippi Bar No. 103290

## CERTIFICATE OF SERVICE

I, LORA E. HUNTER, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **GOVERNMENT'S MOTION TO STRIKE** with the Clerk of the Court using the ECF system which sent notification of such filing to:

    Scott Davis, Esq.
    Scott_davis@fd.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

    Anthony Strong
    #13410025
    711 Jackson Avenue E
    Oxford, MS 38655

This the 27th day of December, 2016.

        /s/ Lora E. Hunter
        LORA E. HUNTER
        Assistant United States Attorney