IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.	CIVIL ACTION NO: 1:16CR52-NBB-DAS

ANTHONY STRONG
a/k/a "Gary"	DEFENDANT

### ORDER

This matter is before the court on the defendant's [20] Petition for a Writ of Habeas Corpus for Dismissal. Notably, the defendant is currently being represented by an attorney from the Federal Public Defender's Office. Plaintiff filed his petition pro se, without his attorney's endorsement, and implores the court to dismiss these criminal proceedings for a variety of reasons, one of which is grounded on the doctrine of adverse possession. However, as the government correctly points out in its motion [22] to strike, the defendant does not have a right to bifurcated representation—partly by counsel and partly by himself. *See United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978).

IT IS, THEREFORE, ORDERED that defendant's Petition for a Writ of Habeas Corpus is STRICKEN.

SO ORDERED this, the 11th day of January, 2017.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE