# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                    CAUSE NO:  1:16CR52-NBB-DAS

ANTHONY STRONG
A/K/A "GARY"                                                        DEFENDANT

## ORDER

This matter is before the court on the government's motion [39] to strike defendant's *pro se* motion for bond hearing transcript.  Notably, the defendant is currently being represented by an attorney from the Federal Public Defender's Office.  Plaintiff filed his motion *pro se*, without his attorney's endorsement, and seeks a written transcript of the bond hearing held on January 5th, 2017.  As the government correctly points out, the defendant does not have a right to bifurcated representation—partly by counsel and partly by himself.  *See United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978).  His motion also fails to articulate why the bond hearing transcript is needed, but the government believes the request is for illegitimate purposes and is concerned about witness safety.  Having considered the government's motion, the court finds that it is well taken and should be granted.

**IT IS, THEREFORE, ORDERED THAT**:

1. The defendant's *pro se* motion [38] for a transcript of his bond hearing is hereby stricken.

2. Because witness safety is a concern in this case, the Clerk's Office is directed to seal the audio recording of the bond hearing and any subsequent written transcriptions thereof.

**SO ORDERED** this, the 21st day of March, 2017.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE